IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CA No.: 5:26-cv-00098-SCR-WCM

STEVEN FREEMAN, )
)
    *Plaintiff,* )
) **NOTICE OF VOLUNTARY**
    v. ) **DISMISSAL WITH PREJUDICE**
) **AS TO FRYE REGIONAL MEDICAL**
DUKE LIFEPOINT, DLP PARTNER ) **CENTER, INC.**
CENTRAL CAROLINA, LLC; )
DLP PARTNER FRYE, LLC )
*Defendant.* )

## <u>NOTICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Steven Freeman, Jr. hereby

voluntarily dismisses, with prejudice, all claims asserted in this action against Defendant Frye

Regional Medical Center, Inc.

This Notice is filed to correct the prior inclusion of Frye Regional Medical Center, Inc. as a

defendant, where Plaintiff intends to proceed against the proper Duke LifePoint-related entity or

entities.

Respectfully submitted this 22nd day of May, 2026.

Respectfully submitted,

/s/Amina M. Mack, Esq.
Amina M. Mack (NCSB No. 61390)
THE MACK LAW FIRM, PLLC
4242 Six Forks Road, Ste. 1550
Raleigh, NC 27609
Tel: 984-480-7147
legal@themacklaw.com

Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney for Plaintiff, Steven Freeman Jr, hereby certifies that a copy of the foregoing Notice of Voluntary Dismissal With Prejudice as to Frye Regional Medical Center, Inc. was served on counsel for Frye Regional Medical Center, Inc. via Email to the address below:

Matthew P. Hooker
ALSTON & BIRD
1120 S. Tryon St., Suite 300
Charlotte, NC 28203
+1 704 444 1251 (O)
+1 240 678 6807 (M)
Matthew.Hooker@alston.com

This the 22nd day of May, 2026.

/s/ Amina M. Mack
Amina M. Mack, Esq.
NCSB: 61390
The Mack Law Firm, PLLC
4242 Six Forks Rd, Ste. 1550
Raleigh, NC 27609
984-480-7147
legal@themacklaw.com